IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ACKERMAN, | No. CIV S-11-0121-CMK-P |
| Petitioner, | |
| vs. | <u>ORDER</u> |
| MICHAEL MARTELL, | |
| Respondent. | |
| _____ / | |

       Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the denial of parole in 2008.  Pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed.  The parties have not consented to Magistrate Judge jurisdiction and the court now finds that assignment of a District Judge is necessary to properly address the case. Additionally, for reasons which will be discussed in separate findings and recommendations issued following assignment of a District Judge, the court finds it appropriate to vacate the order issued on January 21, 2011, directing respondent to respond to the petition.

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

    1.    The Clerk of the Court is directed to randomly assign a District Judge to this case and to update the docket to reflect the new case number; and

    2.    The court's January 21, 2011, order directing a response (Doc. 3) is vacated.

DATED: January 25, 2011

                                                                                         **CRAIG M. KELLISON**
                                                                                         UNITED STATES MAGISTRATE JUDGE